**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS McGETTIGAN,<br><br>Plaintiff<br><br>v.<br><br>HARD ROCK CAFÉ INTERNATIONAL (USA), INC.; HARD ROCK INTERNATIONAL (USA), INC.,<br><br>Defendants | Case No.: 2:26-cv-3094-APG-BNW<br><br>**Order** |

Lawrence W. Freiman, Esq. filed this lawsuit on behalf of the plaintiff. ECF No. 1. Mr. Freiman is a licensed Nevada lawyer, but apparently does not maintain a Nevada office. Local Rule IA 11-1(b)(2) requires such an attorney to "either (i) associate a licensed Nevada attorney maintaining an office in Nevada or (ii) designate a licensed Nevada attorney maintaining an office in Nevada for service of papers, process, or pleadings required to be served on the attorney, including service by hand delivery or facsimile transmission." That rule also requires the attorney to file a notice with that information upon their initial appearance. *Id.* Mr. Freiman has not done so.

I ORDER Mr. Freiman to file the notice required by Local Rule IA 11-1(b)(2) by October 14, 2026. The failure to do so may result in sanctions, including a fine and dismissal of this action.

DATED this 30th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE