LAWRENCE W. FREIMAN, ESQ.
Nevada Bar No. 10588
lawrence@freimanlegal.com
Freiman Legal
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
T: (310) 917-1004; F: (310) 300-2603
*Counsel for Plaintiff Curtis McGettigan*

LEAH MARTIN, ESQ.
Nevada Bar No. 7982
LEAH MARTIN LAW
601 S. Rancho Dr., Ste. C-26
Las Vegas, Nevada 89106
Telephone: (702) 420-2733
lmartin@leahmartinglv.com
*Plaintiff's Designated Counsel for Service in Nevada Only*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CURTIS McGETTIGAN, an individual,

Plaintiff,

vs.

HARD ROCK INTERNATIONAL (USA), INC.; and DOES 1 through 25, inclusive,

Defendants.

CASE NO.: 2:26-cv-03094-APG-BNW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF NO. 11)**

**(First Request)**

Plaintiff Curtis McGettigan and Defendant Hard Rock International (USA), Inc., through their counsel of record, stipulate under LR IA 6-1 and LR 7-1 as follows:

1. Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint for Damages Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 11) on November 11, 2026. Plaintiff's response is due November 25, 2026.

2. Plaintiff will have through and including December 9, 2026 to file his response to the Motion.

3. Defendant will have through and including December 16, 2026 to file its reply.

4. This is the first stipulation for extension of time to respond to the Motion. The Court has granted no previous extension of this deadline.

5. The extension is requested because of the Thanksgiving holiday and Plaintiff's counsel's previously scheduled travel.

6. This stipulation is made in good faith and not for purposes of delay.

Dated:

FREIMAN LEGAL

By: */s/ Lawrence W. Freiman*

Lawrence W. Freiman, Esq. (Nevada Bar No. 10588)
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
T: (310) 917-1004; F: (310) 300-2603
lawrence@freimanlegal.com
Counsel for Plaintiff Curtis McGettigan

Dated: November 18, 2026

KZA LAW

By: */s/ R. Todd Creer*
R. Todd Creer (Nevada Bar No. 10016)
Jen J. Sarafina (Nevada Bar No. 9679)
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640; Fax: (702) 259-8646
tcreer@kzalaw.com
Attorneys for Defendant Hard Rock International (USA), Inc.

**IT IS SO ORDERED:**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: November 19, 2026